# EXHIBIT 1 - Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-444-531
**Effective Date of Registration:**
January 09, 2025
**Registration Decision Date:**
May 07, 2025

## Title
**Title of Work:** Vector funny sloth on tree. Seamless patternwithcutebaby sloth, flowers, branch. Adorable animal background.

## Completion/Publication
**Year of Completion:** 2016
**Date of 1st Publication:** July 13, 2016
**Nation of 1st Publication:** United States

## Author
- **Author:** Darya Dromava
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus
  **Domiciled in:** United Arab Emirates

## Copyright Claimant
**Copyright Claimant:** Sci Spark LLC
8 The Green, Suite B, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions
**Organization Name:** Sci Spark LLC
**Address:** 8 The Green, Suite B
Dover, DE 19901 United States

## Certification
**Name:** Shengmao Mu

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-444-601**

**Effective Date of Registration:**
January 07, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Vector follow your dreams, sloth illustration.Cutebabysloth on the tree.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 13, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Darya Dromava
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus
  **Domiciled in:** United Arab Emirates
  **Anonymous:** No

## Copyright Claimant

**Copyright Claimant:** Sci Spark LLC
8 The Green, Suite B, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Sci Spark LLC
**Address:** 8 The Green, Suite B
Dover, DE 19901 United States

## Certification

Page 1 of 2

