UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No. 25-cv- |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS THROUGH ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

　　Plaintiff seeks this Court's authorization to effectuate service of process and other pleadings and documents related to this action by e-mail and electronic publication. A Memorandum of Law and Declaration of Michael Mitchell in support of this Motion is submitted herewith.

Date: December 19, 2025

Respectfully submitted,

*/s/ Michael Mitchell*
Michael Mitchell IL #6324363
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Keaton Smith IL #6347736
Ryan E. Carreon DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*