UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE SCHEDULE A DEFENDANTS,<br><br>Defendants. | Case No. 25-cv-1989<br><br>**Judge Hon. W. Scott Hardy** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Sci Spark LLC ("Plaintiff") filed a Motion for Temporary Restraining Order and hearing for preliminary injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Seller IDs"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff a Preliminary Injunction as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 23, 2025, Dkt. 19 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Pennsylvania. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Pennsylvania residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases,

offer shipping to the United States, including Pennsylvania, and have sold products using infringing versions of Plaintiff's federally registered copyrighted work (the "Copyrighted Work") to residents of Pennsylvania.

In this case, Plaintiff has presented screenshot evidence that each Defendant's e-commerce store is reaching out to do business with Pennsylvania residents by operating one or more commercial, interactive internet stores through which Pennsylvania residents can and do purchase products using reproductions, infringing copies, or colorable imitations of the Copyrighted Work. *See* Docket No. 1 at Exs. 2-1 to 2-5, which includes screenshot evidence confirming that each Defendant Seller ID does stand ready, willing and able to ship its infringing goods to customers in Pennsylvania bearing infringing versions of the Copyrighted Work. Plaintiff's Copyrighted Work is shown below:

| Registration Number and Title | Copyrighted Image |
|---|---|
| VA 2-444-531<br><br>Vector funny sloth on tree. Seamless patternwithcutebaby sloth, flowers, branch. Adorable animal background. | |

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support

of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because (1) Plaintiff owns a valid copyright in the Copyrighted Work that is registered with the U.S. Copyright Office, (2) Defendants are not licensed or authorized to use the Copyrighted Work, and (3) Defendants' have copied constituent elements of the Copyrighted Work that are original. Furthermore, Defendants' continued and unauthorized use of the Copyrighted Work irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Copyrighted Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with the Copyrighted Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's

      or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Copyrighted Work;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the Copyrighted Work, or any reproductions, infringing copies, or colorable imitations.

2. IT IS FURTHER ORDERED that Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request and for good cause shown, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Seller IDs, including, without limitation, any online marketplace platforms such as Amazon, Temu, and Walmart (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller IDs and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller IDs; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, and employees, and any persons acting in active concert or participation with them after receiving actual notice of this Order, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Amazon Pay, Temu, Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Copyrighted Work.

5. IT IS FURTHER ORDERED that any Third Party Providers, including PayPal, Amazon Pay, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in

       Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. IT IS FURTHER ORDERED that all Third Party Providers, are restrained from causing or assisting in the secreting, concealing, transferring, disposing of, withdrawing, encumbering, or paying Defendants' assets from or to any financial accounts associated with or utilized by any Defendant or any user account or Seller ID associated with any Defendant (whether said account is located in the United States or abroad); and

7. IT IS FURTHER ORDERED that all Third Party Providers are restrained from providing services to any Defendant or online storefront or Seller ID associated with any Defendant, including, but not limited to, continued operation of such Defendants' user accounts or Seller IDs and any other listings linked to the same sellers or any other seller alias or identification name being used and/or controlled by Defendants, until further ordered by this Court.

8. IT IS FURTHER ORDERED that Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of Court shall issue a single original summons in the name of "Aisilili and all other Defendants listed in the Operative Complaint", which shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with

any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. IT IS FURTHER ORDERED that sufficient cause has been shown that the injunctive relief previously granted on December 23, 2025 (Dkt. 19) and extended on January 5, 2026 (Dkt. 26) shall remain in place through the pendency of this litigation and issuing this Preliminary Injunction Order is warranted under Fed. R. Civ. P. 64 and 65 since no Defendant has presented opposing papers.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Western District of Pennsylvania Local Rules. Any third party impacted by this Order may move for appropriate relief.

11. IT IS FURTHER ORDERED that the $50,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

12. IT IS FURTHER ORDERED that the Order to Seal (Dkt. 11) is lifted and the Clerk of Court is hereby directed to unseal all documents previously filed under seal in this case.

SO ORDERED:

/s/ W. Scott Hardy
The Honorable W. Scott Hardy
United States District Judge

Dated: January 20, 2026

# SCHEDULE A

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Aisilili | Temu | 301015267470 |
| 2 | AMOBO | Temu | 634418223695307 |
| 3 | Andy bag | Temu | 634418214841274 |
| 4 | AniNestGlow M | Temu | 634418224018800 |
| 5 | Apex Ink | Temu | 634418223870292 |
| 6 | ashdgkas | Temu | 741070851867757 |
| 7 | Attire Space | Temu | 634418218247255 |
| 8 | Attractive animal and plant phone case | Temu | 634418218593352 |
| 9 | AuiomnDd | Temu | 634418225283767 |
| 10 | Autumn Art | Temu | 634418220883575 |
| 11 | Banxiashop Autumn | Temu | 634418224433621 |
| 12 | BespokeBox | Temu | 634418221002903 |
| 13 | Big Framed picture | Temu | 634418219946193 |
| 14 | binlingyiwu | Temu | 3911288931584 |
| 15 | Blanket | Temu | 315376756800 |
| 16 | BlanketHarbor | Temu | 634418225844883 |
| 17 | BreezeChaser | Temu | 634418224966012 |
| 18 | Brown Shining | Temu | 634418221565926 |
| 19 | BXWW | Temu | 634418223115656 |
| 20 | CDD LOVER | Temu | 5079843228185 |
| 21 | Cherry Tomato Phone Case | Temu | 634418218622029 |
| 22 | cqddp | Temu | 634418217973190 |
| 23 | Craze case | Temu | 634418221843214 |
| 24 | cslong | Temu | 634418219140665 |
| 25 | Cultivar Chinensis | Temu | 634418214104923 |
| 26 | Cutemomy | Temu | 634418225413732 |
| 27 | CWNA | Temu | 634418218818386 |
| 28 | CX Casing phone | Temu | 634418226153258 |
| 29 | CY Sign | Temu | 634418217097280 |
| 30 | CYAurel | Temu | 634418223161001 |
| 31 | Dark Shining | Temu | 634418221566692 |
| 32 | Dark Stitche | Temu | 634418223873627 |
| 33 | DAXJ | Temu | 634418223711772 |
| 34 | Deer Call decorate | Temu | 634418223176332 |
| 35 | Deer wheat | Temu | 634418220905329 |
| 36 | DestySonal | Temu | 634418211694142 |
| 37 | Di Di Happy Home Textiles | Temu | 634418223662312 |
| 38 | DIY ROOM | Temu | 634418213356635 |
| 39 | DJshjkdsnd | Temu | 634418222803955 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | DOSHOW HOME | Temu | 634418211381423 |
| 41 | doudouTrading | Temu | 634418223703191 |
| 42 | Dream Chasers Canvas Print Shop | Temu | 634418222200160 |
| 43 | DreamEmbrace | Temu | 634418222337910 |
| 44 | Dusk Dawn Blankets | Temu | 634418219888667 |
| 45 | ECHO CASE | Temu | 634418218874265 |
| 46 | Enjoy Holiday | Temu | 634418219321496 |
| 47 | Erarga | Temu | 634418211160533 |
| 48 | Ethereal Drapery | Temu | 634418221143742 |
| 49 | EverSoft Blankets | Temu | 634418221527714 |
| 50 | every month | Temu | 634418215124820 |
| 51 | EVIKAR ELECTRONICS | Temu | 634418211442843 |
| 52 | F Bin CASE | Temu | 634418222542156 |
| 53 | Facaif | Temu | 634418213853141 |
| 54 | Fasion Hong | Temu | 115251409054 |
| 55 | Fg phone case MX | Temu | 634418221661206 |
| 56 | FiCraftsshop | Temu | 634418220309778 |
| 57 | Firstrate shop | Temu | 634418212010653 |
| 58 | FKK Aries | Temu | 634418223059869 |
| 59 | Flowed Through | Temu | 634418218960182 |
| 60 | Four Leaf Clover Phone Case | Temu | 634418221083973 |
| 61 | Freedom Budget | Temu | 634418225829859 |
| 62 | Fz phone case MX | Temu | 634418221661286 |
| 63 | GCCGGCHL | Temu | 634418218360986 |
| 64 | General Case | Temu | 634418222748538 |
| 65 | Gentle Kitty | Temu | 634418220725591 |
| 66 | GG Warm Home | Temu | 634418214138660 |
| 67 | Ghost GOGO | Temu | 634418225087360 |
| 68 | Gnomes love | Temu | 634418220702371 |
| 69 | goblehomme | Temu | 634418221205509 |
| 70 | Good Luck Home Shop | Temu | 634418211554549 |
| 71 | Good ONE SHOP | Temu | 634418221796945 |
| 72 | Goods Cheap Shop Outdoors | Temu | 634418212024497 |
| 73 | GUCADI Electronics | Temu | 634418211442356 |
| 74 | Hailey Decorative Painting | Temu | 634418217191287 |
| 75 | HanxiaXinTradingCompany | Temu | 634418220337477 |
| 76 | HB phone case | Temu | 634418220564225 |
| 77 | HearthThreads | Temu | 634418219523435 |
| 78 | HiGlassCase | Temu | 277399586912 |
| 79 | HILL ALSO | Temu | 634418219937519 |
| 80 | HLJP | Temu | 634418215878805 |
| 81 | HMS Phone CASE | Temu | 4138347977948 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 82 | Holy luck A | Temu | 634418218891305 |
| 83 | Home Decor Ninety | Temu | 634418222144928 |
| 84 | HOTHOT CASE | Temu | 2420121418717 |
| 85 | Household Products Factory | Temu | 71113742713 |
| 86 | HT Phone case | Temu | 4078471200537 |
| 87 | Huilian Trade | Temu | 634418216930116 |
| 88 | IIGUYG | Temu | 634418223370466 |
| 89 | Jiahe Yue Home Textile | Temu | 634418220008697 |
| 90 | JIAWO | Temu | 634418213963281 |
| 91 | JIBAC | Temu | 634418225707351 |
| 92 | JIEBK | Temu | 634418223647922 |
| 93 | JJJ Home Textile | Temu | 634418226134638 |
| 94 | JPPTsunning | Temu | 634418214810601 |
| 95 | JPQlfei | Temu | 634418217994521 |
| 96 | July Fashion | Temu | 280267479501 |
| 97 | Kelaike local | Temu | 634418217215176 |
| 98 | KinYu phone case | Temu | 634418220410584 |
| 99 | Knight Technology A | Temu | 634418217519816 |
| 100 | KPYIQI | Temu | 634418225476485 |
| 101 | L628870'shop | Temu | 634418218461296 |
| 102 | Li Chao Home Textiles | Temu | 634418221823301 |
| 103 | LIFE EXCLUSIVE SHOP | Temu | 634418221485977 |
| 104 | lilishoujike | Temu | 634418223468505 |
| 105 | Lily Textiles | Temu | 634418212109800 |
| 106 | LIN OU | Temu | 634418212907027 |
| 107 | linnnnyuuuuuux | Temu | 634418225272372 |
| 108 | LJBo art | Temu | 634418220478449 |
| 109 | LOAYJ | Temu | 634418226145990 |
| 110 | lonely soy milk | Temu | 634418220289105 |
| 111 | Lucky Home Vip | Temu | 634418216070065 |
| 112 | Luming Home Textiles | Temu | 634418219484555 |
| 113 | MadeToOrder | Temu | 634418222166146 |
| 114 | Map intelligent manufacturing | Temu | 634418219694086 |
| 115 | Meadow Lane | Temu | 634418222156139 |
| 116 | Meimei blanket home textiles | Temu | 634418213470676 |
| 117 | Mengyuan Home Textile | Temu | 634418212293562 |
| 118 | Mening home textile supply cha | Temu | 634418211510834 |
| 119 | Miaoliang Small Shop | Temu | 634418222565147 |
| 120 | MINAURA WP | Temu | 634418225864607 |
| 121 | Mingchi Home Textile Factory | Temu | 634418216593879 |
| 122 | Mining System | Temu | 634418218960584 |
| 123 | Miss Decor | Temu | 634418217065850 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 124 | MoeHavenDream J | Temu | 634418223767942 |
| 125 | Moonset wuty | Temu | 4614224430009 |
| 126 | Mrlin Motion | Temu | 634418226668314 |
| 127 | MW Home Textiles | Temu | 634418221062039 |
| 128 | MYMO | Temu | 634418212395949 |
| 129 | Nestwell | Temu | 634418225282740 |
| 130 | NOCK CASE | Temu | 634418225700245 |
| 131 | Nook Cases | Temu | 634418225428379 |
| 132 | NTIER BUSINES | Temu | 741070851713105 |
| 133 | OK CASE | Temu | 634418213405240 |
| 134 | OKA phone case | Temu | 634418220399094 |
| 135 | PaBOX | Temu | 634418224906344 |
| 136 | PaHanging | Temu | 634418226168027 |
| 137 | Paper Rich Shop | Temu | 634418212016430 |
| 138 | Peace and dreams | Temu | 49949913542077 |
| 139 | PersonalitysZ | Temu | 634418220146471 |
| 140 | Personalized Perfection Shop | Temu | 634418221497865 |
| 141 | PersoThread | Temu | 634418222148976 |
| 142 | Philoria | Temu | 634418210752089 |
| 143 | PINK Mirror | Temu | 4733371432034 |
| 144 | PJM SQ | Temu | 634418218411698 |
| 145 | PJM XH | Temu | 634418220914962 |
| 146 | POX UP | Temu | 634418212716673 |
| 147 | Pure Vue | Temu | 634418225460848 |
| 148 | Purple Shining | Temu | 634418221566965 |
| 149 | QmyeVp | Temu | 634418221677136 |
| 150 | Quick E | Temu | 634418224039439 |
| 151 | Quick Ke | Temu | 634418224149686 |
| 152 | Radiant Render | Temu | 634418220184088 |
| 153 | RICHCITY | Temu | 5268048329356 |
| 154 | ROTLA | Temu | 634418214086059 |
| 155 | S beautiful | Temu | 634418219839591 |
| 156 | S L AFDFHKLJN | Temu | 634418223840513 |
| 157 | shoes CC | Temu | 634418216831637 |
| 158 | SIGN KK | Temu | 634418214226564 |
| 159 | Sihan household products | Temu | 1248562055987 |
| 160 | SimLink | Temu | 634418224722147 |
| 161 | SnapAura | Temu | 634418218129098 |
| 162 | Soft Dream Residence | Temu | 634418220007376 |
| 163 | songcici | Temu | 634418214140454 |
| 164 | SosksCanvas Wall Art | Temu | 634418222070065 |
| 165 | SparkLuxe | Temu | 634418220262447 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 166 | ssmxtop | Temu | 634418226610853 |
| 167 | Starry Sky Hat | Temu | 634418224207297 |
| 168 | SunnyDeals Day | Temu | 634418222667524 |
| 169 | Susi Jou Studio | Temu | 634418225591711 |
| 170 | TAQIKEMA Electronics | Temu | 634418211442750 |
| 171 | TemptationBoy | Temu | 634418223909562 |
| 172 | The Astra Cases | Temu | 634418220733079 |
| 173 | The Cozyverse | Temu | 634418226658712 |
| 174 | The entire planet | Temu | 634418217670600 |
| 175 | The rising sun shop | Temu | 634418212011027 |
| 176 | thpsop | Temu | 4178374358494 |
| 177 | TIKTONG | Temu | 634418216013355 |
| 178 | TM Banana | Temu | 634418220228165 |
| 179 | TM Frog | Temu | 634418220226996 |
| 180 | TM LOOSS | Temu | 634418225657808 |
| 181 | TM Posters | Temu | 634418225654123 |
| 182 | TMTAIJIANG SHOP | Temu | 634418224817457 |
| 183 | TomezyDSS | Temu | 741070852011098 |
| 184 | TOP HOT CASE | Temu | 3947819774221 |
| 185 | TP decoration | Temu | 634418220294518 |
| 186 | TP Iron painting | Temu | 634418224903549 |
| 187 | TP MISS | Temu | 634418225651044 |
| 188 | Trend Mark | Temu | 634418218240810 |
| 189 | Trendy And Cute Phone Cases | Temu | 634418221513198 |
| 190 | Twins Studio | Temu | 634418220797411 |
| 191 | TWOYY | Temu | 634418223539932 |
| 192 | UniversalChoices | Temu | 634418222757419 |
| 193 | UU CASE | Temu | 634418219429009 |
| 194 | Warm Home Liu | Temu | 634418225854565 |
| 195 | WEAR SOCKS | Temu | 634418211326223 |
| 196 | Weituo Home Textile | Temu | 634418220005606 |
| 197 | Witi Digital | Temu | 634418212027267 |
| 198 | WXJYYDS | Temu | 634418223134178 |
| 199 | XDHao | Temu | 634418221415309 |
| 200 | xiejunbin | Temu | 634418216592491 |
| 201 | XLMVU | Temu | 634418225106598 |
| 202 | XuuQoo F | Temu | 634418224693200 |
| 203 | YearnnHome | Temu | 634418220293955 |
| 204 | Yixing Home Textile Factory | Temu | 634418211415819 |
| 205 | YIYOUZOOM | Temu | 634418223606999 |
| 206 | Yo Gold | Temu | 634418219531357 |
| 207 | You Mei Textile | Temu | 634418212401904 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 208 | youbike | Temu | 634418219998035 |
| 209 | Yu Fcustom | Temu | 634418220139518 |
| 210 | Yuanbao Home Lifestyle Museum | Temu | 634418217668958 |
| 211 | YUENGTUO COMPANY | Temu | 634418216809824 |
| 212 | Yuhong Textile Factory | Temu | 634418216894027 |
| 213 | Yulifangzhi | Temu | 634418216500816 |
| 214 | yusushi local | Temu | 634418219597039 |
| 215 | ZOYUU | Temu | 634418213979632 |
| 216 | aixin store | Walmart | 101684395 |
| 217 | Artteal Decor Co.Ltd | Walmart | 101648725 |
| 218 | coolin shop | Walmart | 102491735 |
| 219 | Cup Blanket Gitfs | Walmart | 101354436 |
| 220 | Daxiong99 | Walmart | 102515572 |
| 221 | Exquisite Trap | Walmart | 102714349 |
| 222 | FrostyDesigns | Walmart | 102594271 |
| 223 | Gongde Store | Walmart | 102833294 |
| 224 | haibinglanmaoyi | Walmart | 102509211 |
| 225 | Home Boutique Corner | Walmart | 101276087 |
| 226 | HongShengYuanMaoYi | Walmart | 102838377 |
| 227 | Hunter Cooper | Walmart | 102704231 |
| 228 | jierenjiemaoyi | Walmart | 101549328 |
| 229 | JiNanJingFanCo., Ltd | Walmart | 102508059 |
| 230 | jlwwhdgongsi | Walmart | 102700158 |
| 231 | LSM Distributing | Walmart | 102697327 |
| 232 | Lucksign Better Home | Walmart | 101270534 |
| 233 | lunjixianmaoyi | Walmart | 101646632 |
| 234 | MaiTuo Shop | Walmart | 101180007 |
| 235 | PAYOHTO | Walmart | 102579099 |
| 236 | qingyumaoyi | Walmart | 101293845 |
| 237 | renzhiwang | Walmart | 102890562 |
| 238 | Sicangda Co., Ltd. | Walmart | 101662247 |
| 239 | soceny | Walmart | 102884769 |
| 240 | Sthilaire Claire | Walmart | 102703325 |
| 241 | Suddz n Bubblez | Walmart | 102611771 |
| 242 | The Zishi Gap Company | Walmart | 101645021 |
| 243 | Warmlove | Walmart | 102488731 |
| 244 | Water Ear Label Shop | Walmart | 102833239 |
| 245 | Yi Yong Co., Ltd. | Walmart | 101666054 |
| 246 | Yip King Trading Co., Ltd. | Walmart | 101692171 |
| 247 | Yue Cheng Tuo Co., Ltd. | Walmart | 101662075 |
| 248 | yuyuxiaopu | Walmart | 102968187 |
| 249 | yuzibaihuo | Walmart | 102890403 |

| DOE # | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 250 | zhangwenjing | Walmart | 101683596 |
| 251 | zheng li ying | Walmart | 101645464 |