**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SCI SPARK LLC,

        Plaintiff,

v.

SCHEDULE A DEFENDANTS,

        Defendants.

Case No. 25-cv-1989

**Judge Hon. W. Scott Hardy**

**FINAL DEFAULT JUDGMENT AND**
**PERMANENT INJUNCTION ORDER**

This matter comes before the Court upon Motion by Plaintiff for entry of a default judgment and permanent injunction against the Defendants identified on Exhibit A[1] hereto (hereinafter referred to as "Defaulting Defendants") for Defaulting Defendants' copyright infringement arising out of Defaulting Defendants' using unauthorized copies of Sci Spark LLC's copyrighted works as outlined in Exhibit B (or unauthorized derivatives thereof), and/or using Sci Spark LLC's works in a willful attempt to pass off their goods as genuine versions of Plaintiff's goods (collectively, the "Infringing Products") in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying offering for sale and/or selling sale of Infringing Products.

The Court, having considered the Plaintiff's Motion for Default Judgment and Permanent Injunction, the memorandum in support thereof, the Certificates of Service of the Summons and Complaint, the Entries of Default by the Clerk of Courts, and upon all other pleadings and papers on file in this Action, it is hereby ORDERED as follows (hereinafter, "Order"):

---

[1] Defendants excluded from this Order are listed as "**EXCEPTED**" and Defendants previously dismissed are listed as "**DISMISSED**."

### I.    Defaulting Defendants' Liability

Judgment is granted in favor of Plaintiff on all claims asserted against Defaulting Defendants listed on the Schedule A attached hereto.

### II.    Damage Awards

IT IS FURTHER ORDERED that because it serves the compensatory and punitive purpose of the Copyright Act's prohibitions on willful infringement and because Plaintiff has sufficiently set forth the basis for the disgorgement of profits and statutory damages in its supporting papers, the Court finds that such awards are reasonable and Plaintiff are awarded damages of $122,000 against each of the Defaulting Defendants as listed on Schedule A, which includes $50,000 per Defaulting Defendant for willfully infringing Plaintiff's Copyrighted Works, pursuant to 17 U.S.C. § 504(c)(2), $2,000 per Defaulting Defendant for willful violation of the DMCA under 17 U.S.C. § 1201 (a)(1), pursuant to 17 U.S.C. § 1203 (c)(3)(A), and $20,000 per Defaulting Defendant for willful violation of DMCA under 17 U.S.C. § 1202 (b)), pursuant to 17 U.S.C. § 1203 (c)(3)(B).

### III.    Permanent Injunction

IT IS HEREBY ORDERED that each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Default Judgment Order shall be permanently restrained and enjoined from:

    a. using the Copyrighted Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with the Copyrighted Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Copyrighted Works;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the Copyrighted Works, or any reproductions, infringing copies, or colorable imitations.

IT IS FURTHER ORDERED that online marketplace platforms such as PayPal, Temu, and Walmart (collectively, the "Third Party Providers"), are permanently enjoined and restrained from:

e. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' assets from or to financial accounts associated with or utilized by any Defaulting Defendant or any Defaulting Defendant's financial accounts or merchant storefronts (whether said account is located in the U.S. or abroad).

IT IS FURTHER ORDERED that the Third Party Providers and any other financial institutions providing services for Defendants shall be permanently restrained and enjoined from engaging in any of the following acts or omissions:

    f.   Providing services to Defaulting Defendants, Defaulting Defendants' financial accounts and Defaulting Defendants' merchant storefronts, including, without limitation, continued operation of Defaulting Defendants' financial accounts and merchant storefronts which are connected in any way in the distribution, marketing, advertising, offering for sale, or sale of any products; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which use Plaintiff's copyrights including the Plaintiff's Copyrighted Works.

### IV.    Post-Judgment Asset Transfer and Asset Freeze Order

IT IS FURTHER ORDERED that in accordance with Rule 64 of the Federal Rules of Civil Procedure; 17 U.S. U.S.C. § 502(a), and this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order, Defaulting Defendants' assets from Defaulting Defendants' financial accounts that were and/or are attached and frozen or restrained pursuant to the Temporary Restraining Order and/or Preliminary Injunction Order, or which are attached and frozen or restrained pursuant to any future order entered by the Court in this Action (collectively, "Defaulting Defendants' Frozen Assets" and "Defaulting Defendants' Frozen Accounts"), are to the extent that a given Defaulting Defendant's Frozen Assets equal the Defaulting Defendants' individual damages award, hereby released and transferred to Plaintiff as full satisfaction of the Defaulting Defendants' individual damages award for that Defaulting Defendant. Those Defaulting Defendant's Frozen Assets shall be transferred to Plaintiff through Plaintiff's counsel within twenty (20) business days following service of this Default Judgment Order. Upon receipt by Plaintiff's counsel of such Defaulting Defendant's Frozen Assets in full satisfaction of the

Defaulting Defendants' individual damages award, the Third Party Provider holding that Defaulting Defendant's Frozen Assets and Defaulting Defendants' Frozen Accounts may unfreeze that Defaulting Defendant's Frozen Assets and Defaulting Defendant's Frozen Accounts.  To the extent that a Defaulting Defendant's Frozen Assets are less than the Defaulting Defendants' individual damages award, that Defaulting Defendant's Frozen Assets are hereby released and transferred to Plaintiff as partial satisfaction of the Defaulting Defendants' individual damages award for that Defaulting Defendant and those Defaulting Defendant's Frozen Assets shall be transferred to Plaintiff, by the Third Party Provider through Plaintiff's counsel forthwith.

IT IS FURTHER ORDERED that in accordance with Rule 64 of the Federal Rules of Civil Procedure and this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order, the Court also hereby grants Plaintiff's request for a post-judgment restraining order continuing the attachment of each Defaulting Defendant's Frozen Assets until Plaintiff has recovered the full payment of the Defaulting Defendants' individual damages award owed to it by that Defaulting Defendant under this Order, or until further order of this Court.

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order:

    a. until Plaintiff has recovered the full payment of the Defaulting Defendants' individual damages award owed to it by any Defaulting Defendant under this Order, in the event that Plaintiff discovers new and/or additional Defaulting Defendants' assets (whether said assets are located in the U.S. or abroad) and/or Defaulting Defendants' financial accounts (whether said account is located in the U.S. or

abroad) ("Defaulting Defendants' Additional Assets" and "Defaulting Defendants' Additional Financial Accounts," respectively), Plaintiff shall have the ongoing authority to serve this Order on any Third Party Providers controlling or otherwise holding such Defaulting Defendants' Additional Assets and/or Defaulting Defendants' Additional Financial Accounts;

b.  upon notice of this Order, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall immediately locate Defaulting Defendants' Additional Financial Accounts, attach and restrain such Defaulting Defendants' Additional Assets in Defaulting Defendants' Additional Financial Accounts from being secreted, concealed, transferred or disposed of or withdrawn; and,

c.  no later than after twenty (20) business days following the service of this Order on Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall transfer all Defaulting Defendants' Additional Assets to Plaintiff as partial or full satisfaction of the Defaulting Defendants' individual damages award, unless Defaulting Defendant has filed with this Court and served upon Plaintiff's counsel a request that such Defaulting Defendants' Additional Assets be exempted from this Order; at the time the funds are transferred, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall provide to Plaintiff a breakdown reflecting:  the (i) total funds restrained in this matter per Defaulting Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each

Defaulting Defendant's funds, restrained prior to release; and (iii) the total funds transferred per Defaulting Defendant to the Plaintiff.

### V. Miscellaneous Relief

A. Upon Plaintiff's request, the Third Party Provider(s) shall disable and/or cease facilitating access to the Seller IDs, including tombstoning, deleting, and/or suspending identified ASINs, and any other alias seller identification names being used to offer for sale and/or sell Infringing Products;

B. The Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of Infringing Products;

C. Upon the Plaintiff's request, any online marketplace platform, website operator and/or administrator who is in possession, custody, or control of the Defendants' Infringing Products, including but not limited to Walmart, and Temu.com shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiff;

D. Any failure by Defendants to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

E. Interest from the date of this action was filed shall accrue at the legal rate pursuant to 28 U.S.C § 1961;

F. The bond posted by Plaintiff in the amount of $50,000.00 is to remain in place until further order of this Court;

G.  Plaintiff shall serve the Defaulting Defendants with a copy of this Order in accordance with the Alternative Service Order; and,

H.  This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Judgment and permanent injunction.

SO ORDERED:

/s/ W. Scott Hardy

The Honorable W. Scott Hardy
United States District Judge

Dated: 3/26/26

**Exhibit A**

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 1 | AISILILI | Temu | 301015267470 |
| 2 | AMOBO | Temu | 634418223695307 |
| 3 | ANDY BAG | Temu | 634418214841274 |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | ASHDGKAS | Temu | 741070851867757 |
| 7 | ATTIRE SPACE | Temu | 634418218247255 |
| 8 | ATTRACTIVE ANIMAL AND PLANT PHONE CASE | Temu | 634418218593352 |
| 9 | AUIOMNDD | Temu | 634418225283767 |
| 10 | AUTUMN ART | Temu | 634418220883575 |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | BESPOKEBOX | Temu | 634418221002903 |
| 13 | BIG FRAMED PICTURE | Temu | 634418219946193 |
| 14 | BINLINGYIWU | Temu | 3911288931584 |
| 15 | BLANKET | Temu | 315376756800 |
| 16 | BLANKETHARBOR | Temu | 634418225844883 |
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED | DISMISSED |
| 19 | EXCEPTED | EXCEPTED | EXCEPTED |
| 20 | CDD LOVER | Temu | 5079843228185 |
| 21 | CHERRY TOMATO PHONE CASE | Temu | 634418218622029 |
| 22 | CQDDP | Temu | 634418217973190 |
| 23 | CRAZE CASE | Temu | 634418221843214 |
| 24 | CSLONG | Temu | 634418219140665 |
| 25 | CULTIVAR CHINENSIS | Temu | 634418214104923 |
| 26 | CUTEMOMY | Temu | 634418225413732 |
| 27 | CWNA | Temu | 634418218818386 |
| 28 | CX CASING PHONE | Temu | 634418226153258 |
| 29 | CY SIGN | Temu | 634418217097280 |
| 30 | CYAUREL | Temu | 634418223161001 |
| 31 | DISMISSED | DISMISSED | DISMISSED |
| 32 | DARK STITCHE | Temu | 634418223873627 |
| 33 | DISMISSED | DISMISSED | DISMISSED |
| 34 | DEER CALL DECORATE | Temu | 634418223176332 |
| 35 | DEER WHEAT | Temu | 634418220905329 |
| 36 | DESTYSONAL | Temu | 634418211694142 |
| 37 | DI DI HAPPY HOME TEXTILES | Temu | 634418223662312 |
| 38 | DIY ROOM | Temu | 634418213356635 |
| 39 | DJSHJKDSND | Temu | 634418222803955 |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 40 | DISMISSED | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED | DISMISSED |
| 42 | DREAM CHASERS CANVAS PRINT SHOP | Temu | 634418222200160 |
| 43 | DISMISSED | DISMISSED | DISMISSED |
| 44 | DUSK DAWN BLANKETS | Temu | 634418219888667 |
| 45 | ECHO CASE | Temu | 634418218874265 |
| 46 | ENJOY HOLIDAY | Temu | 634418219321496 |
| 47 | ERARGA | Temu | 63441821160533 |
| 48 | ETHEREAL DRAPERY | Temu | 634418221143742 |
| 49 | EVERSOFT BLANKETS | Temu | 634418221527714 |
| 50 | EVERY MONTH | Temu | 634418215124820 |
| 51 | EVIKAR ELECTRONICS | Temu | 634418211442843 |
| 52 | F BIN CASE | Temu | 63441822542156 |
| 53 | FACAIF | Temu | 634418213853141 |
| 54 | FASION HONG | Temu | 115251409054 |
| 55 | FG PHONE CASE MX | Temu | 634418221661206 |
| 56 | FICRAFTSSHOP | Temu | 634418220309778 |
| 57 | FIRSTRATE SHOP | Temu | 634418212010653 |
| 58 | FKK ARIES | Temu | 634418223059869 |
| 59 | FLOWED THROUGH | Temu | 63441821896 0182 |
| 60 | FOUR LEAF CLOVER PHONE CASE | Temu | 634418221083973 |
| 61 | FREEDOM BUDGET | Temu | 634418225829859 |
| 62 | FZ PHONE CASE MX | Temu | 634418221661286 |
| 63 | GCCGGCHL | Temu | 634418218360986 |
| 64 | GENERAL CASE | Temu | 634418222748538 |
| 65 | GENTLE KITTY | Temu | 634418220725591 |
| 66 | DISMISSED | DISMISSED | DISMISSED |
| 67 | GHOST GOGO | Temu | 634418225087360 |
| 68 | DISMISSED | DISMISSED | DISMISSED |
| 69 | GOBLEHOMME | Temu | 634418221205509 |
| 70 | GOOD LUCK HOME SHOP | Temu | 634418211554549 |
| 71 | GOOD ONE SHOP | Temu | 634418221796945 |
| 72 | GOODS CHEAP SHOP OUTDOORS | Temu | 634418212024497 |
| 73 | GUCADI ELECTRONICS | Temu | 634418211442356 |
| 74 | HAILEY DECORATIVE PAINTING | Temu | 634418217191287 |
| 75 | HANXIAXINTRADINGCOMPANY | Temu | 634418220337477 |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | HEARTHTHREADS | Temu | 634418219523435 |
| 78 | HIGLASSCASE | Temu | 277399586912 |
| 79 | HILL ALSO | Temu | 634418219937519 |
| 80 | HLJP | Temu | 634418215878805 |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 81 | HMS PHONE CASE | Temu | 4138347977948 |
| 82 | HOLY LUCK A | Temu | 634418218891305 |
| 83 | HOME DECOR NINETY | Temu | 634418222144928 |
| 84 | HOTHOT CASE | Temu | 2420121418717 |
| 85 | HOUSEHOLD PRODUCTS FACTORY | Temu | 71113742713 |
| 86 | HT PHONE CASE | Temu | 4078471200537 |
| 87 | HUILIAN TRADE | Temu | 634418216930116 |
| 88 | EXCEPTED | EXCEPTED | EXCEPTED |
| 89 | JIAHE YUE HOME TEXTILE | Temu | 634418220008697 |
| 90 | JIAWO | Temu | 634418213963281 |
| 91 | JIBAC | Temu | 634418225707351 |
| 92 | JIEBK | Temu | 634418223647922 |
| 93 | JJJ HOME TEXTILE | Temu | 634418226134638 |
| 94 | JPPTSUNNING | Temu | 634418214810601 |
| 95 | JPQLFEI | Temu | 634418217994521 |
| 96 | JULY FASHION | Temu | 280267479501 |
| 97 | KELAIKE LOCAL | Temu | 634418217215176 |
| 98 | KINYU PHONE CASE | Temu | 634418220410584 |
| 99 | KNIGHT TECHNOLOGY A | Temu | 634418217519816 |
| 100 | KPYIQI | Temu | 634418225476485 |
| 101 | L628870'SHOP | Temu | 634418218461296 |
| 102 | LI CHAO HOME TEXTILES | Temu | 634418221823301 |
| 103 | LIFE EXCLUSIVE SHOP | Temu | 634418221485977 |
| 104 | LILISHOUJIKE | Temu | 634418223468505 |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 106 | LIN OU | Temu | 63441821907027 |
| 107 | LINNNNYUUUUUUX | Temu | 634418225272372 |
| 108 | LJBO ART | Temu | 634418220478449 |
| 109 | LOAYJ | Temu | 634418226145990 |
| 110 | LONELY SOY MILK | Temu | 634418220289105 |
| 111 | LUCKY HOME VIP | Temu | 634418216070065 |
| 112 | LUMING HOME TEXTILES | Temu | 634418219484555 |
| 113 | MADETOORDER | Temu | 634418222166146 |
| 114 | DISMISSED | DISMISSED | DISMISSED |
| 115 | MEADOW LANE | Temu | 634418222156139 |
| 116 | MEIMEI BLANKET HOME TEXTILES | Temu | 634418213470676 |
| 117 | MENGYUAN HOME TEXTILE | Temu | 634418212293562 |
| 118 | MENING HOME TEXTILE SUPPLY CHA | Temu | 634418211510834 |
| 119 | DISMISSED | DISMISSED | DISMISSED |
| 120 | MINAURA WP | Temu | 634418225864607 |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 121 | MINGCHI HOME TEXTILE FACTORY | Temu | 634418216593879 |
| 122 | MINING SYSTEM | Temu | 634418218960584 |
| 123 | DISMISSED | DISMISSED | DISMISSED |
| 124 | DISMISSED | DISMISSED | DISMISSED |
| 125 | MOONSET WUTY | Temu | 4614224430009 |
| 126 | DISMISSED | DISMISSED | DISMISSED |
| 127 | MW HOME TEXTILES | Temu | 634418221062039 |
| 128 | MYMO | Temu | 63441821239549 |
| 129 | NESTWELL | Temu | 634418225282740 |
| 130 | NOCK CASE | Temu | 634418225700245 |
| 131 | NOOK CASES | Temu | 634418225428379 |
| 132 | NTIER BUSINES | Temu | 741070851713105 |
| 133 | OK CASE | Temu | 634418213405240 |
| 134 | OKA PHONE CASE | Temu | 634418220399094 |
| 135 | DISMISSED | DISMISSED | DISMISSED |
| 136 | DISMISSED | DISMISSED | DISMISSED |
| 137 | PAPER RICH SHOP | Temu | 634418212016430 |
| 138 | PEACE AND DREAMS | Temu | 4949913542077 |
| 139 | PERSONALITYSZ | Temu | 634418220146471 |
| 140 | PERSONALIZED PERFECTION SHOP | Temu | 63441821497865 |
| 141 | PERSOTHREAD | Temu | 634418222148976 |
| 142 | PHILORIA | Temu | 634418210752089 |
| 143 | PINK MIRROR | Temu | 4733371432034 |
| 144 | PJM SQ | Temu | 634418218411698 |
| 145 | DISMISSED | DISMISSED | DISMISSED |
| 146 | POX UP | Temu | 634418212716673 |
| 147 | PURE VUE | Temu | 634418225460848 |
| 148 | DISMISSED | DISMISSED | DISMISSED |
| 149 | QMYEVP | Temu | 634418221677136 |
| 150 | DISMISSED | DISMISSED | DISMISSED |
| 151 | DISMISSED | DISMISSED | DISMISSED |
| 152 | RADIANT RENDER | Temu | 63441820184088 |
| 153 | RICHCITY | Temu | 5268048329356 |
| 154 | ROTLA | Temu | 634418214086059 |
| 155 | S BEAUTIFUL | Temu | 634418219839591 |
| 156 | S L AFDFHKLJN | Temu | 634418223840513 |
| 157 | SHOES CC | Temu | 634418216831637 |
| 158 | SIGN KK | Temu | 634418214226564 |
| 159 | SIHAN HOUSEHOLD PRODUCTS | Temu | 1248562055987 |
| 160 | SIMLINK | Temu | 634418224722147 |
| 161 | DISMISSED | DISMISSED | DISMISSED |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 162 | SOFT DREAM RESIDENCE | Temu | 634418220007376 |
| 163 | SONGCICI | Temu | 634418214140454 |
| 164 | SOSKSCANVAS WALL ART | Temu | 634418222070065 |
| 165 | SPARKLUXE | Temu | 634418220262447 |
| 166 | SSMXTOP | Temu | 634418226610853 |
| 167 | STARRY SKY HAT | Temu | 634418224207297 |
| 168 | SUNNYDEALS DAY | Temu | 634418222667524 |
| 169 | DISMISSED | DISMISSED | DISMISSED |
| 170 | TAQIKEMA ELECTRONICS | Temu | 63441821442750 |
| 171 | TEMPTATIONBOY | Temu | 634418223909562 |
| 172 | THE ASTRA CASES | Temu | 634418220733079 |
| 173 | THE COZYVERSE | Temu | 634418226658712 |
| 174 | THE ENTIRE PLANET | Temu | 634418217670600 |
| 175 | THE RISING SUN SHOP | Temu | 63441821201127 |
| 176 | THPSOP | Temu | 4178374358494 |
| 177 | TIKTONG | Temu | 634418216013355 |
| 178 | TM BANANA | Temu | 634418220228165 |
| 179 | TM FROG | Temu | 634418220226996 |
| 180 | TM LOOSS | Temu | 634418225657808 |
| 181 | TM POSTERS | Temu | 634418225654123 |
| 182 | TMTAIJIANG SHOP | Temu | 63441822481757 |
| 183 | TOMEZYDSS | Temu | 741070852011098 |
| 184 | TOP HOT CASE | Temu | 3947819774221 |
| 185 | TP DECORATION | Temu | 634418220294518 |
| 186 | TP IRON PAINTING | Temu | 634418224903549 |
| 187 | TP MISS | Temu | 634418225651044 |
| 188 | TREND MARK | Temu | 634418218240810 |
| 189 | TRENDY AND CUTE PHONE CASES | Temu | 634418221513198 |
| 190 | DISMISSED | DISMISSED | DISMISSED |
| 191 | TWOYY | Temu | 634418223539932 |
| 192 | UNIVERSALCHOICES | Temu | 634418222757419 |
| 193 | UU CASE | Temu | 634418219429009 |
| 194 | WARM HOME LIU | Temu | 634418225854565 |
| 195 | WEAR SOCKS | Temu | 634418211326223 |
| 196 | WEITUO HOME TEXTILE | Temu | 634418220005606 |
| 197 | WITI DIGITAL | Temu | 634418212027267 |
| 198 | WXJYYDS | Temu | 634418223134178 |
| 199 | XDHAO | Temu | 634418221415309 |
| 200 | XIEJUNBIN | Temu | 634418216592491 |
| 201 | XLMVU | Temu | 634418225106598 |
| 202 | DISMISSED | DISMISSED | DISMISSED |
| 203 | YEARNNHOME | Temu | 634418220293955 |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|---|---|---|---|
| 204 | YIXING HOME TEXTILE FACTORY | Temu | 634418211415819 |
| 205 | YIYOUZOOM | Temu | 634418223606999 |
| 206 | YO GOLD | Temu | 634418219531357 |
| 207 | YOU MEI TEXTILE | Temu | 63441812401904 |
| 208 | YOUBIKE | Temu | 634418219998035 |
| 209 | YU FCUSTOM | Temu | 634418220139518 |
| 210 | YUANBAO HOME LIFESTYLE MUSEUM | Temu | 634418217668958 |
| 211 | DISMISSED | DISMISSED | DISMISSED |
| 212 | YUHONG TEXTILE FACTORY | Temu | 634418216894027 |
| 213 | YULIFANGZHI | Temu | 634418216500816 |
| 214 | YUSUSHI LOCAL | Temu | 634418219597039 |
| 215 | ZOYUU | Temu | 634418213979632 |
| 216 | AIXIN STORE | Walmart | 101684395 |
| 217 | ARTTEAL DECOR CO.LTD | Walmart | 101648725 |
| 218 | COOLIN SHOP | Walmart | 102491735 |
| 219 | DISMISSED | DISMISSED | DISMISSED |
| 220 | DAXIONG99 | Walmart | 102515572 |
| 221 | EXQUISITE TRAP | Walmart | 102714349 |
| 222 | FROSTYDESIGNS | Walmart | 102594271 |
| 223 | DISMISSED | DISMISSED | DISMISSED |
| 224 | DISMISSED | DISMISSED | DISMISSED |
| 225 | DISMISSED | DISMISSED | DISMISSED |
| 226 | HONGSHENGYUANMAOYI | Walmart | 102838377 |
| 227 | HUNTER COOPER | Walmart | 102704231 |
| 228 | DISMISSED | DISMISSED | DISMISSED |
| 229 | JINANJINGFANCO., LTD | Walmart | 102508059 |
| 230 | DISMISSED | DISMISSED | DISMISSED |
| 231 | LSM DISTRIBUTING | Walmart | 102697327 |
| 232 | DISMISSED | DISMISSED | DISMISSED |
| 233 | DISMISSED | DISMISSED | DISMISSED |
| 234 | MAITUO SHOP | Walmart | 101180007 |
| 235 | PAYOHTO | Walmart | 102579099 |
| 236 | DISMISSED | DISMISSED | DISMISSED |
| 237 | RENZHIWANG | Walmart | 102890562 |
| 238 | DISMISSED | DISMISSED | DISMISSED |
| 239 | SOCENY | Walmart | 102884769 |
| 240 | STHILAIRE CLAIRE | Walmart | 102703325 |
| 241 | SUDDZ N BUBBLEZ | Walmart | 102611771 |
| 242 | DISMISSED | DISMISSED | DISMISSED |
| 243 | DISMISSED | DISMISSED | DISMISSED |
| 244 | DISMISSED | DISMISSED | DISMISSED |

| DOE # | SELLER ALIAS | Platform | Seller ID |
|-------|-------------|----------|-----------|
| 245 | DISMISSED | DISMISSED | DISMISSED |
| 246 | DISMISSED | DISMISSED | DISMISSED |
| 247 | DISMISSED | DISMISSED | DISMISSED |
| 248 | YUYUXIAOPU | Walmart | 102968187 |
| 249 | EXCEPTED | EXCEPTED | EXCEPTED |
| 250 | DISMISSED | DISMISSED | DISMISSED |
| 251 | ZHENG LI YING | Walmart | 101645464 |

## Exhibit B

| Registration Number | Copyrighted Works |
|---------------------|-------------------|
| VA 2-444-531 |  |

| VA 2-444-601 |  | |