## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

      Plaintiff,

v.

AISILILI, et al.,

      Defendants.

Case No. 2:25-cv-1989

**Judge Hon. W. Scott Hardy**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 26, 2026 [51], in favor of Plaintiff Sci Spark LLC and against Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| AUTUMN ART | 10 |
| CHERRY TOMATO PHONE CASE | 21 |
| DESTYSONAL | 36 |
| FACAIF | 53 |
| HOUSEHOLD PRODUCTS FACTORY | 85 |
| JIAHE YUE HOME TEXTILE | 89 |
| JIAWO | 90 |
| LUMING HOME TEXTILES | 112 |
| MINGCHI HOME TEXTILE FACTORY | 121 |
| POX UP | 146 |
| PURE VUE | 147 |
| S BEAUTIFUL | 155 |
| SOFT DREAM RESIDENCE | 162 |

1

| SOSKSCANVAS WALL ART | 164 |
|---|---|
| TMTAIJIANG SHOP | 182 |
| TWOYY | 191 |
| UNIVERSALCHOICES | 192 |
| WEITUO HOME TEXTILE | 196 |
| YIXING HOME TEXTILE FACTORY | 204 |
| YUANBAO HOME LIFESTYLE MUSEUM | 210 |
| AIXIN STORE | 216 |
| ARTTEAL DECOR CO.LTD | 217 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: April 9, 2026

Respectfully submitted,

/s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*